AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Ashley H. Thompson + Ronald C. Thompson
+ Justin Thompson
+ Jordan Thompson

V.

Geo Marine Inc
+ Ruben Garza
Chief Executive Officer

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv420-WHA

TO: (Name and address of Defendant)

Geo Marine, Inc.
c/o Ruben Garza, CEO
550 E 15th St.
Plano, TX 75074

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stanley Moorhouse
Nelson Law LLC
25 S. Court St
Montgomery AL
36104

an answer to the complaint which is served on you with this summons, within __26__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

(By) DEPUTY CLERK

DATE 5/17/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Ashley H. Thompson + Ronald C. Thompson
+ Justin Thompson
+ Jordan Thompson

V.

GEO Marine Inc
+ Ruben Garza,
Chief Executive Officer

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV420-WHA

TO: (Name and address of Defendant)

Ruben Garza
2821 Aspen Ct. W.
Plano TX 75074

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stanley Moorhouse
~~Virginia Lucci~~
Nelson Law LLC
25 S. Court St
Montgomery AL 36104

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                             5/17/06

CLERK                                        DATE

(By) DEPUTY CLERK