**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Geo Marine, Inc.
   c/o Ruben Garza, CEO
   550 E 15th St.
   Plano, TX 75074

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Jessica Watson    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 5/22

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:
   2:06cv420-WHA
   Ste 20

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 2260 0004 5051 1873

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540