**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ruben Garza
   2821 Aspen Ct. W.
   Plano, TX
   75074

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  _Ruben B Garza_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Ruben G Garza
C. Date of Delivery: 6/22/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:06cv420-WHA
   & JFC (620)

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 2260 0004 5051 1866

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540