IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ASHLEY H. THOMPSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:06cv420-WHA |
| | ) | |
| GEO MARINE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties having failed to comply with the Rule 26(f) Order (Doc. #6), entered by the

court on June 6, 2006, it is hereby

ORDERED that the parties are given **until July 5, 2006**, to show cause why this case

should not be dismissed for want of prosecution.

DONE this 27th day of June, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE