**Answers to Complaints**
2:06-cv-00420-WHA-DRB Thompson et al v. Geo Marine, Inc. et al


EXHIBIT A

# U.S. District Court

# Alabama Middle District

Notice of Electronic Filing

The following transaction was received from Higgins, Steven Anthony entered on 6/6/2006 at 4:54 PM CDT and filed on 6/6/2006

**Case Name:** Thompson et al v. Geo Marine, Inc. et al
**Case Number:** 2:06-cv-420
**Filer:** Geo Marine, Inc.
Ruben Garza

**Document Number:** 5

**Docket Text:**
ANSWER to Complaint by Geo Marine, Inc., Ruben Garza.(Higgins, Steven)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=6/6/2006] [FileNumber=550306-0]
[564d602c20587b41df1640cb5a9db60d2ed340ffdaf6aeff765578679c1a6d0a5fb60
60bdbbcc38f0e16be679b49044a550841057bb4eecee61c5f3e47a31f0f]]

**2:06-cv-420 Notice will be electronically mailed to:**

**2:06-cv-420 Notice will be delivered by other means to:**

Ruben Garza
2821 Aspen Ct. W.
Plano, TX 75074

Geo Marine, Inc.
c/o Ruben Garza
550 E. 15th Street
Plano, TX 75074

Stanley Allan Moorhouse
Nelson Law LLC
25 South Court Street
Montgomery, AL 36104-3506

**Tony Higgins**

| | |
|---|---|
| **From:** | Karlene_burkhard@almd.uscourts.gov |
| **Sent:** | Wednesday, June 28, 2006 2:52 PM |
| **To:** | Tony Higgins |
| **Subject:** | Civil Action 2:06cv420 |
| **Attachments:** | 06cv420Doc6.pdf; 06cv420Doc7.pdf |

EXHIBIT B

I've attached the documents you missed (other than return receipts) in the above styled case. This should complete your collection.

Karlene Burkhard

---
*Karlene D. Burkhard*
*Telecomm & Technologies Coordinator*
*U.S. District Court, Middle Alabama*
*Montgomery, AL 36104*
*Tel: (334) 954-3631*
*Fax: (334) 954-3615*
*Karlene_Burkhard@almd.uscourts.gov*

6/29/2006