IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ASHLEY H. THOMPSON et al | ) | |
| Plaintiffs | ) | |
| V | ) | Civil Action No: 2:06cv420-WHA |
| Geo Marine Inc and | ) | |
| Ruben Garza | ) | |
| Defendants | ) | |

PLAINTIFFS' RESPONSE TO COURT'S JUNE 27, 2006 ORDER

Come now the Plaintiffs and respond to the Court's Order to Show Cause entered on June 27, 2006, as follows:

1. This Court entered an Order regarding the Planning Meeting Report required by Rule 26, Fed.R.Civ.P., to be filed no later than June 21, 2006.

2. Counsel for the Plaintiffs and Defendants completed the Planning Meeting Report on June 19, 2006.

3. Through a miscommunication regarding the due date, the report, although completed, was not submitted until after the deadline.

Wherefore, premises considered, the undersigned respectfully requests this Honorable Court not to dismiss this case for lack of prosecution. The failure of the parties to submit the Planning Meeting Report in accordance with the Court's deadline was due to an unintentional misunderstanding.

Respectfully submitted this the 5th day of July, 2006.

/s/ Stanley A. Moorhouse
STANLEY A. MOORHOUSE
Attorney for the Plaintiffs
25 S Court St
Montgomery AL 36104
334 834 5700 Ph
334 834 5533 Fax

Certificate of Service

I hereby certify that on the 5th day of July, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

S. Anthony Higgins, Esq.
Nix Holtsford Gilliland Higgins & Hitson, PC
POB 4128
Montgomery AL 36103

/s/ Stanley A. Moorhouse
STANLEY A. MOORHOUSE
