IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ASHLEY H. THOMPSON, mother, | * |
| JUSTIN THOMPSON, minor child, | * |
| JORDAN THOMPSON, minor child, | * |
| and RONALD C. THOMPSON, | * |
| husband, | * |
| | * |
| Plaintiffs, | * |
| | * CIVIL ACTION NO. 2:06-cv-420-WHA |
| v. | * |
| | * |
| GEO MARINE, INC., and | * |
| RUBEN GARZA, | * |
| | * |
| Defendants. | * |

### GEO-MARINE INC.'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, Geo-Marine, Inc., ("GMI"), and respectfully requests this Honorable Court, pursuant to Rule 56, Fed.R.Civ.P., to enter summary judgment in its favor. There are no disputed issues of material fact and GMI is entitled to judgment as a matter of law in this case. In support of said motion, GMI submits the following:

1. The Complaint (attached as Exhibit A to GMI's Brief).

2. The Answer of GMI to the Complaint (attached as Exhibit B to GMI's Brief).

3. The Affidavit of Ruben Garza (attached as Exhibit C to GMI's Brief).

4. Brief of GMI in Support of Motion for Summary Judgment.

WHEREFORE, PREMISES CONSIDERED, GMI respectfully requests this Honorable Court to enter judgment as a matter of law in its favor. There are no disputed issues of material fact and, pursuant to Rule 56, Fed.R.Civ.P., GMI is entitled to summary judgment in this case.

Respectfully submitted this the 16th day of August, 2006.


/s/ S. Anthony Higgins
S. ANTHONY HIGGINS
Attorney for Defendant Geo-Marine, Inc.


OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101


## CERTIFICATE OF SERVICE

I hereby certified that on the 16th day of August, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Stanley A. Moorhouse, Esq.
Nelson Law, LLC
25 S. Court Street
Montgomery, AL 36104


/s/S. Anthony Higgins
Of Counsel