IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASHLEY H. THOMPSON, etc., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv420-WHA |
| | ) |
| GEO MARINE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

Geo-Marine, Inc.'s Motion for Summary Judgment (Doc. # 14), filed on August 16, 2006, will be deemed submitted to this Court on September 13, 2006, without oral argument. If either party desires oral argument, such party should so notify the Court and opposing counsel by September 13, 2006. If, after considering the parties' submissions, the Court finds oral argument is necessary, a hearing will be scheduled, and the parties will be notified of the date of the hearing.

Affidavits, briefs, depositions, or other documents which the Plaintiffs wish to file in opposition to said motion shall be filed on or before September 6, 2006.

The Defendant shall have until September 13, 2006, to file any reply it wishes to file.

If a document, including a deposition, is to be considered on the issue of summary judgment, a party shall specifically designate which parts of the document are deemed relevant. The designation of parts of depositions shall be by page and line numbers. No parts of documents not so specifically designated will be considered.

DONE this 16th day of August, 2006.

          /s/ W. Harold Albritton
          W. HAROLD ALBRITTON
          SENIOR UNITED STATES DISTRICT JUDGE