**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

September 6, 2006

# NOTICE OF CORRECTION

FROM:    Clerk's Office

Case Style:    Ashley H. Thompson et al v. Geo Marine, Inc. Et al

Case No.:    2:06cv420-WHA
            Document 16 Response in Opposition to Motion
            Filed 9/6/06

This Notice of Correction was filed in the referenced case this date to replace the pdf for this document. This document was scanned incorrectly and when originally e-filed, a portion of each page was missing. A corrected pdf is attached to this Notice of Correction and document #16 has been corrected.