IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASHLEY H. THOMPSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv420-WHA |
| | ) |
| GEO MARINE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Due to a conflict which has arisen in the court's calendar, the trial of this case previously scheduled to begin July 9, 2007, is RESET to begin during the term commencing July 17, 2007. All deadlines governed by the trial date shall be determined by this new date. All other dates set out in the Uniform Scheduling Order shall remain in full force and effect.

DONE this 26th day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE