IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ASHLEY H. THOMPSON, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:06cv420-WHA |
| | ) | |
| GEO MARINE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

This case is before the court on the Motion to Withdraw (Doc. #20), filed on January 10, 2007, by the Plaintiffs' attorney of record, Stanley A. Moorhouse.

The only basis for withdrawal stated in the motion is counsel's averment that "the interests of the clients will not be adversely affected." The motion does not show that Plaintiffs have obtained new counsel, does not show a copy of the motion having been sent to the Plaintiffs, and does not show why the attorney who filed this suit now wishes to withdraw. Therefore, the court cannot find that the Plaintiffs' interests will not be adversely affected by their attorney withdrawing from the case. Accordingly, it is hereby

ORDERED that the Motion to Withdraw is DENIED, without prejudice to re-filing upon an entry of appearance by a new attorney for the Plaintiffs, or upon the filing of a consent by the Plaintiffs to the withdrawal, or upon good cause shown with notice to the clients.

DONE this 11th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE