# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ASHLEY H. THOMPSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 2:06cv420-TFM |
| | ) |
| GEO MARINE, INC., et al., | ) |

## NOTICE OF APPEARANCE

**COMES NOW**, Andy Nelms, Attorney at Law, and hereby submits his Notice of Appearance on behalf of the Plaintiffs, in the above styled cause, requesting any and all pleadings, orders, notices or any other related documents be mailed to him at the address as indicated below.

Dated this the 15th day of January, 2007.

/s/ K. Anderson Nelms
K. Anderson Nelms
**THE LAW OFFICES OF JAY LEWIS, LLC**
By: Keith Anderson Nelms (ASB-6972-E63K)
Attorney for Plaintiffs
847 S. McDonough Street
Montgomery, AL 36104
(334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
nelmsandy@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing to counsel of record listed below by filing the same with the Clerk of the Court via CM/ECF which will send a copy to the following on this the __15th___ day of January, 2007.

S. Anthony Higgins, Esq.

/s/ K. Anderson Nelms
K. Anderson Nelms
**THE LAW OFFICES OF JAY LEWIS, LLC**
By: Keith Anderson Nelms (ASB-6972-E63K)

Attorney for Plaintiffs
847 S. McDonough Street
Montgomery, AL 36104
(334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
nelmsandy@hotmail.com