IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASHLEY H. THOMPSON, et al., ) | |
| Plaintiffs, ) | Civil Action No. 2:06cv420-WHA |
| v. ) | |
| GEO MARINE, INC., et al., ) | |
| Defendants ) | |

MOTION TO WITHDRAW

Comes now Stanley A. Moorhouse, one of the attorneys for the Plaintiffs, and respectfully requests that this Honorable Court grant his request to withdraw from the above styled case. As grounds, attorney avers that the interests of the clients will not be adversely affected. Furthermore, two additional attorneys, namely Jay Lewis, (ASB2014-E66J), and K. Anderson Nelms, (ASB-6972-E63K), have filed Notices of Appearance on behalf of the Plaintiffs.

Respectfully submitted

/s/Stanley A. Moorhouse
Attorney for the Plaintiffs
ASB-9231-S53S

OF COUNSEL
NELSON & LUCCI, LLC
25 S Court Street
Montgomery, AL 36104

Certificate of Service

I hereby certify that on the 16th day of January, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to
S. Anthony Higgins, Esq,
POB 4128
Montgomery, AL 36103

/s/ Stanley A. Moorhouse