IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASHLEY H. THOMPSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv420-WHA |
| | ) |
| GEO MARINE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

New attorneys having filed their Notices of Appearances on behalf of the Plaintiffs in this case, it is hereby

ORDERED that the Motion to Withdraw (Doc. #24), filed by Stanley A. Moorhouse, is GRANTED.  Mr. Moorhouse is allowed to withdraw as attorney of record for the Plaintiffs in this case.

DONE this 17th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE