IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASHLEY H. THOMPSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv420-WHA |
| | ) |
| GEO MARINE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Plaintiffs' Motion for Extension of Time to File Disclosure of Expert Witnesses (Doc. #26), and Plaintiffs' counsel having advised the court that defense counsel does not object, and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that the deadline for expert witness disclosures by the Plaintiffs is EXTENDED from January 19, 2007, to February 19, 2007, and by Defendants from March 23, 2007, to April 23, 2007.

DONE this 24th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE