IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASHLEY H. THOMPSON, mother, | * |
| JUSTIN THOMPSON, minor child | * |
| JORDAN THOMPSON, minor child | * |
| and RONALD C. THOMPSON, | * |
| husband, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * CIVIL ACTION NO: 2:06-cv-420-WHA |
| | * |
| GEO MARINE, INC. and | * |
| RUBEN GARZA | * |

## NOTICE OF APPEARANCE

Comes now the undersigned counsel, and hereby files this, her notice of appearance on behalf of the Plaintiffs in the above styled matter.

Respectfully submitted this the 5th day of February, 2007.

*/s/ Virginia R. Lucci*
**VIRGINIA R. LUCCI (LUC 020)**
**COUNSEL FOR PLAINTIFF**

**516 S. PERRY STREET**
**MONTGOMERY, AL 36104**
Tel: (334)834-5700
Fax: (334)834-5533

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon the following counsel of record by mailing same through the US Mail or electronic means, properly addressed, and postage prepaid on this the 5th day of February, 2007.

Jay Lewis & K. Anderson Nelms
*Law Office of Jay Lewis*
PO Box 5059
Montgomery, AL 36103

S. Anthony Higgins
*Nix Holtsford Gilliland Higgins & Histon, P.C.*
PO Box 4128
Montgomery, AL 36103

                                                                         */s/ Virginia R. Lucci*
                                                                        **OF COUNSEL**