IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ASHLEY H. THOMPSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:06cv420-WHA |
| | ) | |
| RUBEN GARZA, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The Defendant's Motion for Partial Summary Judgment (Doc. # 29), filed on February 28, 2007, will be deemed submitted to this Court on March 28, 2007, without oral argument. If either party desires oral argument, such party should so notify the Court and opposing counsel by March 28, 2007. If, after considering the parties' submissions, the Court finds oral argument is necessary, a hearing will be scheduled, and the parties will be notified of the date of the hearing.

Affidavits, briefs, depositions, or other documents which the Plaintiffs wish to file in opposition to said motion shall be filed on or before March 21, 2007.

The Defendant shall have until March 28, 2007, to file any reply he wishes to file.

If a document, including a deposition, is to be considered on the issue of summary judgment, a party shall specifically designate which parts of the document are deemed relevant. The designation of parts of depositions shall be by page and line numbers. No parts of documents not so specifically designated will be considered.

DONE this 28th day of February, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE