IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ASHLEY H. THOMPSON, mother, <br> JUSTIN THOMPSON, minor child, <br> JORDAN THOMPSON, minor child, <br> and RONALD C. THOMPSON, <br> husband, <br> <br> Plaintiffs, <br> <br> v. <br> <br> RUBEN GARZA, <br> <br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * CIVIL ACTION NO. 2:06-cv-420-WHA <br> * <br> * <br> * <br> * <br> * |

### DEFENDANT'S MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE

COMES NOW the Defendant, Ruben Garza, by and through counsel, and respectfully requests this Honorable Court to extend the Defendant's expert disclosure deadline from April 23, 2007, to April 30, 2007. In support of said motion, the Defendant states as follows

1. This case involves an automobile accident involving the parties which occurred on August 18, 2005. As a result of this automobile accident, one of the Plaintiffs, Ashley Thompson, has filed this lawsuit seeking damages for various physical injuries.

2. In preparation of her case, Ashley Thompson has disclosed as an expert witness Dr. Nancy Crumpton, a vocational consultant who has examined and evaluated Ashley Thompson's alleged vocational loss as a result of the accident at issue in this case. Defense counsel has been provided with two written reports from Dr. Crumpton and, in addition, has been afforded the opportunity to take her deposition.

**MOTION GRANTED TO AND INCLUDING** _April 30_, 20 _07_
**THIS** _19th_ **DAY OF** _April_, 20 _07_

_____
UNITED STATES DISTRICT JUDGE