IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASHLEY H. THOMPSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 2:06cv420-TFM |
| | ) |
| GEO MARINE, INC., et al., | ) |

**MOTION FOR EXTENSION OF TIME TO
TAKE DEPOSITION AND DESIGNATION OF DEPOSITION EXCERPTS**

**COME NOW**, Plaintiffs in the above-styled cause and respectfully move for an extension of time to take the deposition of Dr. Michael Freeman and for designation of deposition excerpts. For cause, Plaintiffs state as follows:

1. Plaintiffs have set the deposition for Dr. Michael Freeman on June 11, 2007, as this was the only date Dr. Freeman has available. As such, Plaintiffs will not have the opportunity to review and designate deposition excerpts by the date previously set by the Court for May 10, 2007.

2. Counsel for Defendants have no objection to said extension.

Wherefore premises considered, Plaintiffs respectfully request a thirty-day extension of time.

Dated this the 10th day of May, 2007.

/s/ K. Anderson Nelms
K. Anderson Nelms
**THE LAW OFFICES OF JAY LEWIS, LLC**
By: Keith Anderson Nelms (ASB-6972-E63K)
Attorney for Plaintiffs
847 S. McDonough Street
Montgomery, AL 36104
(334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
nelmsandy@hotmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing to counsel of record listed below by filing the same with the Clerk of the Court via CM/ECF which will send a copy to the following on this the 10th day of May, 2007.

S. Anthony Higgins, Esq.
Virginia Lucci, Esq.

                                  /s/ K. Anderson Nelms
                                  K. Anderson Nelms
                                  **THE LAW OFFICES OF JAY LEWIS, LLC**
                                  By: Keith Anderson Nelms (ASB-6972-E63K)
                                  Attorney for Plaintiffs
                                  847 S. McDonough Street
                                  Montgomery, AL 36104
                                  (334) 263-7733
                                  Fax: (334) 832-4390
                                  andynelms@jaylewislaw.com
                                  nelmsandy@hotmail.com