IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASHLEY H. THOMPSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: 2:06cv420-TFM |
| ) | |
| GEO MARINE, INC., et al., ) | |

## MOTION FOR EXTENSION OF TIME TO TAKE DEPOSITION AND DESIGNATION OF DEPOSITION EXCERPTS

**COME NOW**, Plaintiffs in the above-styled cause and respectfully move for an extension of time to take the deposition of Dr. Michael Freeman and for designation of deposition excerpts. For cause, Plaintiffs state as follows:

1. Plaintiffs have set the deposition for Dr. Michael Freeman on June 11, 2007, as this was the only date Dr. Freeman has available. As such, Plaintiffs will not have the opportunity to review and designate deposition excerpts by the date previously set by the Court for May 10, 2007.

2. Counsel for Defendants have no objection to said extension.

Wherefore premises considered, Plaintiffs respectfully request a thirty-day extension of time.

Dated this the 10th day of May, 2007.

/s/ K. Anderson Nelms
K. Anderson Nelms
**THE LAW OFFICES OF JAY LEWIS, LLC**
By: Keith Anderson Nelms (ASB-6972-E63K)
Attorney for Plaintiffs
847 S. McDonough Street
Montgomery, AL 36104
(334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
nelmsandy@hotmail.com

**MOTION GRANTED**
SO ORDERED
THIS 10th DAY OF _____ 2007
_____
UNITED STATES DISTRICT JUDGE