IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ASHLEY H. THOMPSON, mother, | * |
| JORDAN THOMPSON, minor child, | * |
| and RONALD C. THOMPSON, | * |
| husband, | * |
| | * |
| Plaintiffs, | * |
| | * CIVIL ACTION NO. 2:06-cv-420-WHA |
| v. | * |
| | * |
| RUBEN GARZA, | * |
| | * |
| Defendant. | * |

## WITNESS LIST OF DEFENDANT

COMES NOW the Defendant, Ruben G. Garza, by and through counsel, and submits the following individuals may be called to testify at the trial of this case.

1. Ruben Garza

2. Ashley Thompson

3. Ronald C. Thompson

4. Eddie Clinton

5. Trooper S. Jarrett

6. Richard D. Long, Jr., 7875 Helen Glaze Drive, Theodore, Alabama; 251-656-6307

7. Leigh Clemmons (vocational expert)

8. Bart Ryan Estes, Sr., 2009 County Road 63, Prattville, AL 36067

9. Any non-objectionable witness listed by the Plaintiff.

10. The Defendant reserves the right to amend this list of witnesses pending the completion of investigation and discovery.

11. The Defendant reserves the right to call witnesses necessary for rebuttal purposes.

12. The Defendant reserves the right to call as witnesses individuals necessary to authenticate documents.

13. The Defendant reserves the right to call witnesses necessary for impeachment purposes.

Respectfully submitted this the 10th day of May, 2007.

/s/ S. Anthony Higgins
S. ANTHONY HIGGINS
Attorney for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

I hereby certified that on the 10th day of May, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis, Esq.
K. Anderson Nelms, Esq.
Law Offices of Jay Lewis, LLC
P. O. Box 5059
Montgomery, AL 36104

Virginia R. Lucci, Esq.
516 S. Perry Street
Montgomery, AL 36104

/s/S. Anthony Higgins
Of Counsel