IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ASHLEY H. THOMPSON, mother, <br> JORDAN THOMPSON, minor child, <br> and RONALD C. THOMPSON, <br> husband, <br> <br> Plaintiffs, <br> <br> v. <br> <br> RUBEN GARZA, <br> <br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * CIVIL ACTION NO. 2:06-cv-420-WHA <br> * <br> * <br> * <br> * <br> * |

## NOTICE OF APPEARANCE

COMES NOW the undersigned and enters his appearance as additional counsel for the Defendant in this case.

Respectfully submitted this the 30th day of May, 2007.

/s/ Jay S. Tuley
JAY S. TULEY
Attorney for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

**CERTIFICATE OF SERVICE**

      I hereby certified that on the 30th day of May, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis, Esq.
K. Anderson Nelms, Esq.
Law Offices of Jay Lewis, LLC
P. O. Box 5059
Montgomery, AL 36104

Virginia R. Lucci, Esq.
516 S. Perry Street
Montgomery, AL 36104

                                              /s/Jay S. Tuley
                                              Of Counsel