**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| ASHLEY H. THOMPSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: 2:06cv420-TFM |
| | ) | |
| GEO MARINE, INC., et al., | ) | |

**PLAINTIFFS' EXHIBIT LIST**

COME NOW, Plaintiffs in the above styled cause and submits the following list of exhibits that may be used at the trial of this cause:

1.    Accident report and any and all supplements thereto.

2.    Any and all photographs in existence of the accident and any parties thereto.

3.    Vocational report of Nancy L. Crumpton.

4.    Vocational report of Leigh Clemmons.

5.    Psychological records of Judy Heinzman.

6.    Medical records of Edwin Grice, III.

7.    Medical records of Dr. David Herrick.

8.    Medical records of Prattville Baptist Hospital.

9.    Medical records of Dr. David Montiel.

10.    Medical records of Dr. Maarten Wybenga.

11.    Medical records of Dr. Terry Williams.

12.    Medical records of Dr. Charlton Trinidad.

13.    Medical records of Dr. Jeffry Pirofsky.

14.    Medical records of Dr. D. DeJesus.

15.     Medical records of Dr. Michael Freeman.

16.     Medical records of Prattville Imaging Center.

17.     Medical records of Alexander Hollon.

18.     Medical records of Central Alabama ENT Associates.

19.     Pharmacy records of Walgreens.

20.     Pharmacy records of Rite Aid.

21.     Any exhibit listed by the Defendants.

22.     Such other exhibits as may be used for impeachment, cross examination or rebuttal.

Submitted this the 10th day of May, 2007.


_____                          /s/ K. Anderson Nelms
                                 K. Anderson Nelms
                                 **THE LAW OFFICES OF JAY LEWIS, LLC**
                                 By:  Keith Anderson Nelms (ASB-6972-E63K)
                                 Attorney for Plaintiffs
                                 847 S. McDonough Street
                                 Montgomery, AL 36104
                                 (334) 263-7733
                                 Fax: (334) 832-4390
                                 andynelms@jaylewislaw.com
                                 nelmsandy@hotmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that  I have served the foregoing to counsel of record listed below  via electronic mail an exact copy of the foregoing to the following on this the 10th day of May, 2007.

S. Anthony Higgins, Esq.
Virginia Lucci, Esq.

                              /s/ K. Anderson Nelms
                              K. Anderson Nelms
                              **THE LAW OFFICES OF JAY LEWIS, LLC**
                              By:  Keith Anderson Nelms (ASB-6972-E63K)
                              Attorney for Plaintiffs
                              847 S. McDonough Street
                              Montgomery, AL 36104
                              (334) 263-7733
                              Fax: (334) 832-4390
                              andynelms@jaylewislaw.com
                              nelmsandy@hotmail.com