**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| ASHLEY H. THOMPSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 2:06cv420-TFM |
| | ) |
| GEO MARINE, INC., et al., | ) |

## PLAINTIFFS' WITNESS LIST

COME NOW, Plaintiffs in the above styled cause and submits the following list of persons who may be called to testify at the trial of this cause:

### WILL CALL

1. Ashley Thompson, address and telephone number known to the defendants.
2. Ronald Thompson, address and telephone number known to the defendants.
3. Nancy L. Crumpton, address and telephone number known to the defendants.
4. Ruben Garza, address and telephone number known to the defendants.

### MAY CALL

5. Judy Heinzman, address and telephone number known to the defendants.
6. Trooper Steve Jarret, address and telephone number known to the defendants.
7. Richard Long, address and telephone number known to the defendants.
8. Custodian of Records, Edwin Grice, III, address and telephone number known to the defendants.
9. Custodian of Records, Dr. David Herrick, address and telephone number known to the defendants.
10. Custodian of Records, Prattville Baptist Hospital, address and telephone number known to the defendants.
11. Custodian of Records, Dr. David Montiel, address and telephone number known to the defendants.
12. Custodian of Records, Dr. Maarten Wybenga, address and telephone number known to the defendants.
13. Custodian of Records, Dr. Terry Williams, address and telephone number known to the defendants.
14. Custodian of Records, Dr. Charlton Trinidad, address and telephone number known to the defendants.
15. Custodian of Records, Dr. Jeffry Pirofsky, address and telephone number known to the defendants.
16. Custodian of Records, Dr. D. DeJesus, address and telephone number known to the defendants.
17. Custodian of Records, Dr. Michael Freeman, address and telephone number known to the

defendants.
18. Custodian of Records, Prattville Imaging Center, address and telephone number known to the defendants.
19. Custodian of Records, Alexander Hollon, address and telephone number known to the defendants.
20. Custodian of Records, Central Alabama ENT Associates, address and telephone number known to the defendants.
21. Custodian of Records, Walgreens, 703 S Memorial Drive, Prattville, AL 36067
22. Custodian of Records, Rite Aid, 606 S Memorial Drive, Prattville, AL 36067.
23. Any witness whose identity is discovered between now and the date of trial.
24. Any witness on the defendants' witness list.
25. Any witness needed for rebuttal.

Submitted this the 10th day of May, 2007.

/s/ K. Anderson Nelms
K. Anderson Nelms
**THE LAW OFFICES OF JAY LEWIS, LLC**
By: Keith Anderson Nelms (ASB-6972-E63K)
Attorney for Plaintiffs
847 S. McDonough Street
Montgomery, AL 36104
(334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
nelmsandy@hotmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing to counsel of record listed below via electronic mail an exact copy of the foregoing to the following on this the 10th day of May, 2007.

S. Anthony Higgins, Esq.
VirginiaLucci, Esq.

                                              /s/ K. Anderson Nelms
                                              K. Anderson Nelms
                                              **THE LAW OFFICES OF JAY LEWIS, LLC**
                                              By: Keith Anderson Nelms (ASB-6972-E63K)
                                              Attorney for Plaintiffs
                                              847 S. McDonough Street
                                              Montgomery, AL 36104
                                              (334) 263-7733
                                              Fax: (334) 832-4390
                                              andynelms@jaylewislaw.com
                                              nelmsandy@hotmail.com