## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

ASHLEY H. THOMPSON, et al.,      )

                         )

        Plaintiffs,          )

                         )

vs.                         )      CIVIL ACTION NO.: 2:06cv420-TFM

                         )

GEO MARINE, INC., et al.,       )

### PLAINTIFFS' DESIGNATION OF DEPOSITION EXCERPTS

**COME NOW**, Plaintiffs, by and through counsel of record, and designate the following

depositions to be read at the trial of this matter:

1.     Dr. Martin Wybenga - entire deposition

2.     Dr. Michael Freeman - entire deposition

3.     Dr. David Herrick - entire deposition

4.     Judy Heinzman - entire deposition

5.     Trooper Steve Jarret - entire deposition

     Dated this the 12th day of June, 2007.

/s/ K. Anderson Nelms
K. Anderson Nelms
**THE LAW OFFICES OF JAY LEWIS, LLC**
By: Keith Anderson Nelms (ASB-6972-E63K)
Attorney for Plaintiffs
847 S. McDonough Street
Montgomery, AL 36104
(334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
nelmsandy@hotmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that  I have served the foregoing to counsel of record listed below by filing the same with the Clerk of the Court via CM/ECF which will send a copy to the following on this the 12th day of June, 2007.

S. Anthony Higgins, Esq.

/s/ K. Anderson Nelms
K. Anderson Nelms
**THE LAW OFFICES OF JAY LEWIS, LLC**
By:  Keith Anderson Nelms (ASB-6972-E63K)
Attorney for Plaintiffs
847 S. McDonough Street
Montgomery, AL 36104
(334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
nelmsandy@hotmail.com