IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ASHLEY H. THOMPSON, mother,<br>JUSTIN THOMPSON, minor child,<br>and RONALD C. THOMPSON,<br>husband, | *<br>*<br>*<br>* |
| Plaintiffs, | *<br>* |
| v. | * CIVIL ACTION NO. 2:06-cv-420-WHA<br>*<br>* |
| RUBEN GARZA, | *<br>* |
| Defendant. | * |

**MOTION TO APPOINT GUARDIAN AD LITEM AND
SET HEARING DATE**

COMES NOW the Defendant in this case and respectfully requests this Honorable Court to appoint a guardian ad litem for the minor, Justin Thompson, in the current case. As grounds therefor, the Defendant respectfully states the following:

1. Justin Thompson is a minor.

2. Justin Thompson is a Plaintiff in an action pending before this Honorable Court. Rule 17(c) of the Federal Rules of Civil Procedure allows for the appointment of a guardian ad litem in this case.

3. On June 13, 2007, as a part of a mediation in this case, the parties reached a settlement with respect to the claim of Justin Thompson. The Defendant respectfully requests this Honorable Court to set a final hearing in this matter so that the settlement and its terms may be evaluated by the Court for approval.

WHEREFORE, the Defendant respectfully requests this Honorable Court to appoint a guardian ad litem as allowed under the Federal Rules of Civil Procedure. Furthermore,

the Defendant requests that this Court set this matter for a final hearing.

Respectfully submitted this the 13th day of June, 2007.

                                          /s/ S. Anthony Higgins
                                          S. ANTHONY HIGGINS
                                          Attorney for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

I hereby certified that on the 13th day of June, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis, Esq.
K. Anderson Nelms, Esq.
Law Offices of Jay Lewis, LLC
P. O. Box 5059
Montgomery, AL 36104

Virginia R. Lucci, Esq.
516 S. Perry Street
Montgomery, AL 36104

                                          /s/S. Anthony Higgins
                                          Of Counsel