IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ASHLEY H. THOMPSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06-cv-420-WHA |
| | ) | |
| RUBEN GARZA, | ) | (WO) |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties having informed the court of the settlement of the claims in this case and the need for the appointment of a *Guardian Ad Litem* and for this court to conduct a *Pro Ami* Settlement Hearing, it is hereby ORDERED as follows:

(1) The Motion to Appoint Guardian Ad Litem and Set Hearing Date (Doc. # 47) is GRANTED.

(2) Bryan Paul of Montgomery, Alabama is appointed *guardian ad litem* to represent and defend the interest of the minor plaintiff in these proceedings.

(3) Plaintiffs, plaintiffs' counsel and defendants' counsel are DIRECTED to appear on **July 19, 2007**, at **10:00 a.m.** in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama., for a *pro ami* fairness hearing.

(4) Mr. Paul is DIRECTED to appear on **July 19, 2007,** at **9:30 a.m.** in the Chambers of the undersigned.

(5) In preparation for the *pro ami* fairness hearing, the parties should prepare the following documents: a *Pro Ami* Settlement Agreement, a Joint Stipulation of Dismissal, and a Proposed Order for Approval of *Pro Ami* Settlement Agreement. Copies of these documents

should be submitted to the Chambers of the undersigned *no later than one business day* prior to the hearing. Additionally, the Proposed Order for Approval of *Pro Ami* Settlement Agreement must be submitted by email to the undersigned at "PropOrd_albritton@almd.uscourts.gov."

DONE this the 11th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE