IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

ASHLEY H. THOMPSON, mother,    *
J. T., a minor child,    *
and RONALD C. THOMPSON,    *
husband,    *
    *
    Plaintiffs,    *
    * CIVIL ACTION NO. 2:06-cv-420-WHA
v.    *
    *
RUBEN GARZA,    *
    *
    Defendant.    *

## STIPULATION OF DISMISSAL

COME NOW the Plaintiffs, Ashley and Ronald Thompson, and the Defendant,

Ruben Garza, and stipulate as follows:

All issues between the parties have been resolved and, accordingly, all claims

between the parties are due to be dismissed, with prejudice, with each party to bear their

own costs.

Respectfully submitted this the _13th_ day of _July_____, 2007.


_____
S. ANTHONY HIGGINS (HIG014)
Attorney for Defendant


OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

_____
K. ANDERSON NELMS
Attorney for Plaintiff

OF COUNSEL:
Law Offices of Jay Lewis, LLC
P. O. Box 5059
Montgomery, AL 36104

_____
VIRGINIA R. LUCCI
Attorney for Plaintiff

OF COUNSEL:
Nelson Law, LLC
516 S. Perry Street
Montgomery, AL 36104

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

ASHLEY H. THOMPSON, mother,   *
J. T., a minor child,   *
and RONALD C. THOMPSON,   *
husband,   *
   *
     Plaintiffs,   *
   * CIVIL ACTION NO. 2:06-cv-420-WHA
v.   *
   *
RUBEN GARZA,   *
   *
     Defendant.   *

## ORDER OF DISMISSAL

This cause coming on to be heard on the stipulation of dismissal of the Plaintiffs, Ashley and Ronald Thompson, and the Defendant, Ruben Garza, and for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that all claims asserted by the Plaintiffs against the Defendant are hereby dismissed, with prejudice, with each party to bear their own costs.

Done this _____ day of _____, 2007.


_____
UNITED STATES DISTRICT COURT JUDGE


cc:   S. Anthony Higgins
      Virginia Lucci
      Andy Nelms