IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ASHLEY H. THOMPSON, mother, | * | |
| J. T., a minor child, | * | |
| and RONALD C. THOMPSON, | * | |
| husband, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | CIVIL ACTION NO. 2:06-cv-420-WHA |
| v. | * | |
| | * | |
| RUBEN GARZA, | * | |
| | * | |
| Defendant. | * | |

## STIPULATION OF DISMISSAL

COME NOW the parties, by and through counsel, and stipulate that the claims of J.T., a minor child, have been resolved and are due to be dismissed, with prejudice, with each party to bear their own costs.

Respectfully submitted this the 19th day of July, 2007.

_____
S. ANTHONY HIGGINS (HIG014)
Attorney for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

_____
K. ANDERSON NELMS
Attorney for Plaintiff

OF COUNSEL:
Law Offices of Jay Lewis, LLC
P. O. Box 5059
Montgomery, AL 36104

_____
VIRGINIA R. LUCCI
Attorney for Plaintiff

OF COUNSEL:
Nelson Law, LLC
516 S. Perry Street
Montgomery, AL 36104