IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ASHLEY H. THOMPSON, mother, | * |
| J. T., a minor child, | * |
| and RONALD C. THOMPSON, | * |
| husband, | * |
| | * |
| Plaintiffs, | * |
| | * CIVIL ACTION NO. 2:06-cv-420-WHA |
| v. | * |
| | * |
| RUBEN GARZA, | * |
| | * |
| Defendant. | * |

## SETTLEMENT AGREEMENT

This agreement, made and entered into this the 19th day of July, 2007, by and between the Plaintiff, Ashley Thompson, as parent, next friend and natural guardian of J.T.; and the Defendant, by and through the undersigned attorney.

In settlement of all claims which arise out of the incident described in the complaint, the Plaintiff, acting for and on behalf of J. T., herein accepts a total payment of $3,500.00, as complete settlement of any and all claims that might be against the Defendant, or his insurers, as a result of the incident of August 17, 2005, in Autauga County, Alabama, described in the Complaint. The Plaintiff agrees that $3,500.00 is the total sum to be recovered from anyone in that incident or those injuries, for past, present or future injuries of whatever type occurring to J. T. as a result of the aforesaid incident. This agreement represents all funds to be recovered by or for J. T. from the Defendant or his insurer, for any and all damages and/or insurance benefits.

This is a settlement of a disputed claim. The Defendant denies all liability and is settling this case in order to avoid the expense and uncertainties of continued litigation.

The parties hereto have executed this agreement freely and they acknowledge that this is a fair, just, and reasonable settlement, and no force or duress has been used to execute said settlement agreement.

IN WITNESS WHEREOF, the undersigned persons have set their hand and legal signatures on the day and year stated above.

_____
ASHLEY THOMPSON, as parent, next friend and natural guardian of J. T., a minor

_____
S. ANTHONY HIGGINS
Attorney for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101