IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

ASHLEY H. THOMPSON, mother,  *
J. T., a minor child,  *
and RONALD C. THOMPSON,  *
husband,  *
  *
  Plaintiffs,  *
  * CIVIL ACTION NO. 2:06-cv-420-WHA
v.  *
  *
RUBEN GARZA,  *
  *
  Defendant.  *

## ORDER OF DISMISSAL

This cause coming on to be heard on the stipulation of dismissal of the Plaintiffs, Ashley and Ronald Thompson, and the Defendant, Ruben Garza, and for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that all claims asserted by the Plaintiffs against the Defendant are hereby dismissed, with prejudice, with each party to bear their own costs.

Done this 20th day of July, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

cc:   S. Anthony Higgins
      Virginia Lucci
      Andy Nelms